**UNITED STATES of America,
Plaintiff–Appellee**

**v.**

**Jose JIMENEZ–TREJO, Defendant–
Appellant**

**No. 14–11246
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/15/2016

James Wesley Hendrix, Assistant U.S. Attorney, Gail A. Hayworth, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

James Matthew Wright, Assistant Federal Public Defender, Amarillo, TX, Gabriel Reyes, Assistant Federal Public Defender, Dallas, TX, Federal Public Defender's Office, for Defendant–Appellant.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Jose Jimenez–Trejo appealed his sentence for illegal reentry after removal, a violation of 8 U.S.C. § 1326. He contended that a prior Texas conviction for causing bodily injury was not a crime of violence or an aggravated felony for purposes of increasing his sentence. During the pendency of this appeal, Jimenez–Trejo was released from custody and deported. He is not under a sentence of supervised release. Consequently, this court cannot afford him any of the relief sought with regard to his sentence, and his appeal is moot. *See Spencer v. Kemna*, 523 U.S. 1, 7–8, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Ramon*, 320 F.3d 519, 519–20 (5th Cir. 2003).

The appeal is DISMISSED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.